J. ROMAINE BROWN et al., as Executors of LOYAL L. SMITH, Deceased, Plaintiffs, *v.* CITY NATIONAL BANK OF PLATTSBURG, Respondent, and JONES BROTHERS COMPANY et al., Appellants, Impleaded with Others.

*Brown v. City Nat. Bank of Plattsburg,* 153 App. Div. 928, affirmed. (Submitted October 16, 1917; decided October 30, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered February 6, 1913, modifying and affirming as modified a judgment entered upon a decision of the court at a Trial Term without a jury in an action of interpleader to determine the validity and priority of the claims of the several defendants. Plaintiffs entered into a contract with one Pennington for the erection of a mausoleum. Subsequently Pennington assigned all moneys due or to grow due under the contract to the defendant bank. Thereafter liens were filed by subcontractors and materialmen. It was admitted that the

amounts claimed were correct and the work and materials were actually furnished. The only question was as to the priority and validity of the claims as between the defendants. The several claimants having pressed the executors for payment and Jones Brothers Company having commenced foreclosure proceedings, the executors commenced this action of interpleader, bringing into court the amount which it was agreed remained unpaid of the original contract price for erecting the mausoleum.

*John B. Riley* and *C. J. Vert* for appellants.

*J. S. Shedden* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.